# Federal Defenders
## OF NEW YORK, INC.

Appeals Bureau
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

Appeals Bureau
Barry D. Leiwant
*Attorney-in-Charge*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 11 2007

October 10, 2007

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Alberto Fontanez**
    07 Cr. 330

Your Honor:

I am requesting that the sentencing for Mr. Fontanez be adjourned until October 18th at 10:30 p.m. so that I may provide a timely sentencing submission on Mr. Fontanez' behalf.

The government consents to this request.

Thank you for your attention to this matter.

Respectfully submitted,

Mark B. Gombiner
Attorney for Alberto Fontanez

cc: A.U.S.A. John Cronan

The sentencing is adjourned to October 18, 2007 at 12:30 pm.
SO ORDERED.

10/10/07
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

TOTAL P.002