UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                  **ORDER**

      -against-                                     08 CR. 330 (RMB)

NELSON CARTAGENA,

                     Defendant.
------------------------------------------------------------X

       WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on July 17, 2008;

       WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

       WHEREAS, upon review of the transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

       IT IS HEREBY ORDERED that NELSON CARTAGENA's guilty plea is accepted.

Dated: New York, New York
       July 21, 2008

                                              RICHARD M. BERMAN, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08